IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-03-0221-11 |
| | § | |
| | § | |
| TYRONE MAPLETOFT WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant has objected to certain categories of questions in the proposed questionnaire that will be sent to the venire. Defendant has not provided the basis for his objections, stating that he does not want to make his reasons "part of the public record." A hearing, however, would also be transcribed and presumptively part of the public record. In order to permit this court to determine how to resolve the objections or whether it is necessary to hold a hearing, counsel for defendant is ordered to submit written objections stating the basis for his request that certain categories of questions in the proposed questionnaire be deleted. The objections are due no later than **August 7, 2006**.

SIGNED on July 31, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge