**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-03-0221-11 |
| | § | |
| TYRONE MAPLETOFT WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

**PROCESS USED FOR EXERCISING
PEREMPTORY CHALLENGES**

1. A jury of 12 regular and 4 alternates was chosen.

2. Each side had 20 peremptory challenges to select the jury and 4 challenges to select the 4 alternates.

3. A panel of 65 prospective qualified jurors was created after individual voir dire examination and rulings on challenges for cause.

4. When the panel of 65 prospective jurors passed for cause was created, the prospective jurors were numbered 1-65.

5. Each side exercised up to 20 challenges against the first 52 prospective jurors on the panel. After the parties exercised those peremptory challenges, the first 12 remaining jurors comprised the jury panel.

6. Each side then exercised up to 4 challenges against the remaining prospective jurors on the panel. After the parties exercised these peremptory challenges, the first 4 remaining jurors comprised the alternate jurors.

7. Each side exercised its peremptory challenges in 6 rounds of 3 each and 3 rounds of 2 each, as follows:

|   | | |
|---|---|---|
| Round 1 | Government (3) | Defendant (3) |
| 2 | Defendant (3) | Government (3) |
| 3 | Government (3) | Defendant (3) |
| 4 | Defendant (3) | Government (3) |
| 5 | Government (3) | Defendant (3) |
| 6 | Defendant (3) | Government (3) |
| 7 | Government (2) | Defendant (2) |
| 8 | Defendant (2) | Government (2) |
| 9 | Government (2) | Defendant (2) |

7. Those peremptorily challenged were excused at the conclusion of each round.

8. *Batson* challenges were raised at the end of each round or after all the peremptory challenges were exercised.

SIGNED on October 26, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge