IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-03-221-11 |
| TYRONE MAPLETOFT WILLIAMS | § | |

### ORDER

The attached Jury Instructions and the Verdict Form were provided to the jury on November 27, 2006.

SIGNED on November 29, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge