**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. H-03-0221-11 |
| | § | |
| TYRONE MAPLETOFT WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The attached Final Penalty Phase Instructions were given to the jury on January 8, 2007 and are docketed on the record.

SIGNED on January 8, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge