IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-03-221-11 |
| | § | |
| | § | |
| TYRONE MAPLETOFT WILLIAMS | § | |

### ORDER

The jury in the above case has been empaneled for more than 30 days. In accordance with 28 U.S.C.§ 1871(b)(2), their rate of pay should be increased to $50.00 per day beginning today.

Accordingly, the District Clerk is ordered to increase the rate of pay from $40.00 to $50.00 per day as of January 10, 2007.

SIGNED on January 10, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge