| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL  H-03-221-11 |
| | § | |
| TYRONE MAPLETOFT WILLIAMS | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts  **one, two through thirty nine**  a presentence report is ordered.

1. By **June 15, 2007** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **July 13, 2007** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **July 31, 2007** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **August 23, 2007, at 9:00 a.m.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED on January 18, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

Copies:  United States Probation
AUSA-Dan Rodriguez/Jeff Vaden/Tony Roberts
Defense Counsel-Craig Washington/Oliver Sprott/JL Carpenter
Defendant is:  ☐ on bond  ■ in custody.