IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL NO.  H-03-221-11 |
| | § | |
| TYRONE MAPLETOFT WILLIAMS | § | |

## ORDER

A dispute has arisen between Craig Washington, who was Williams's lead counsel at trial, and Seth Kretzer, who was appointed to, and did, represent Williams on appeal after Washington withdrew.  The dispute is over which attorney should represent Williams at this stage of the limited remand for resentencing.  In papers filed with this court, Washington states several times that Williams has "retained" him for this matter.  Considering that Williams was previously indigent and was represented by court-appointed counsel at trial and on appeal, it is unclear how Williams could have retained Washington.   Additional information is needed.   It is ordered that Washington provide the following information to the court, no later than October 29, 2010:

1.      If Williams has agreed to pay for Washington for representing him at this stage of the proceedings, then Washington must explain:

      a.      the source of the funds Williams will use to pay Washington; and

      b.      when Williams came into possession of, or obtained access to, these funds.

2.      If Williams has not agreed to pay for Washington's services, whether
Washington intends to represent Williams *pro bono*.

3.      If Williams is not paying and Washington does not intend to represent
Williams *pro bono*, the precise basis of Washington's assertion that Williams
"retained" him.

SIGNED on October 21, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge