**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  H-03-221-S-11** |
| | § | |
| **TYRONE MAPLETOFT WILLIAMS** | § | |

## ORDER

In response to an order of this court, Craig Washington, Esq., stated that the defendant Tyrone Mapletoft Williams, has privately retained Washington to represent him in the resentencing proceeding.  Washington asserts that Williams intends to pay using funds seized from him by the Department of Homeland Security ("DHS").  Washington states that DHS returned the money to Williams by sending it to Washington, who was then counsel of record, in 2008.  Given the issues that have been raised about Williams's status under the CJA, additional information is necessary.  Specifically, this court orders Washington to file a statement no later than November 5, 2010, identifying: the amount of money that was seized by DHS and returned to Williams; and the amounts and dates received of any other assets referred to in Washington's response to this court's October 21, 2010 Order.

SIGNED on November 1, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge