# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| **v.** § | **CRIMINAL NO. H-03-221-11** |
| § | |
| **TYRONE MAPLETOFT WILLIAMS** § | |

## ORDER

Craig Washington, Esq., represented the defendant, Tyrone Mapletoft Williams, under the Criminal Justice Act through his trial. Washington then asked and was given leave to withdraw. Seth Kreutzer, Esq. was appointed by the Fifth Circuit Court of Appeals under the Criminal Justice Act and represented Williams throughout his appeal. On remand for resentencing, Washington has filed documents stating that Williams wants to be represented by Washington in the resentencing proceeding rather than Kreutzer. In response to an order from this court seeking additional information about whether Williams has retained Washington or wants to proceed under the Criminal Justice Act, Washington stated that Williams intends to use funds seized, and later released, by the Department of Homeland Security ("DHS") to pay for Washington to represent him. In response to a further request for information, however, Washington clarified that the funds totaled only approximately two hundred dollars.

Washington is now ordered to clarify in writing that he intends to represent Williams under a retainer that is limited to the compensation described, consisting of the

approximately $200 in funds and assets released by DHS. If Washington agrees to take on this matter it will be as Williams's retained counsel for this compensation and not under any appointment or payment, present or forthcoming, under the Criminal Justice Act.

Washington must inform this court in writing, no later than November 15, 2010, whether he seeks to represent Williams as retained counsel expecting to be compensated out of the limited funds (approximately $200) that have already been identified and, if so, that Washington understands and acknowledges that he will not be appointed or paid for this work under the Criminal Justice Act.

SIGNED on November 9, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge