# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CRIMINAL NO. H-03-221-S-11 |
| v. | § |
| | § |
| TYRONE MAPLETOFT WILLIAMS | § |
| (CIVIL NO. H-13-1573) | § |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed, with prejudice.

This is a final judgment.

SIGNED on April 17, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge