IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

    V.                                                   CASE NO. H-03-221-S-11

TYRONE MAPLETOFT WILLIAMS
(CIVIL NO. H-13-1573)

**NOTICE OF APPEAL**

TO THE HONORABLE LEE H. ROSENTHAL:

The defendant in the above styled and numbered cause, TYRONE MAPLETOFT WILLIAMS, gives NOTICE OF APPEAL in this cause to the Unites States Court of Appeals for the Fifth Circuit from the Order Granting the Motion to Dismiss, Denying the Motion to Vacate Under 28 U.S.C. 2255 and the Final Judgment.

                                                    Respectfully submitted,

                                                    The Craig Washington Law Firm
                                                    1000 The Houston Building
                                                    2323 Caroline Street
                                                    Houston, TX 77004
                                                    Tel: (713) 659-9090
                                                    Fax: (713) 659-2812
                                                    WASHLAWFIRM@AOL.COM

                                                    By: /s/ *Craig A. Washington*
                                                        Craig A. Washington
                                                        State Bar No. 20901000
                                                        Attorney for
                                                        TYRONE MAPLETOFT WILLIAMS

**CERTIFICATE OF SERVICE**

      I hereby certify that May 16, 2014 I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas, Houston Division, using the Electronic Case Filing (E.C.F.) system of the Court. The E.C.F. system sent a "Notice of Electronic Filing" to the attorneys of record who have consented, in writing, to accept this notice as service of this document by electronic means.

                                              /s/ *Craig A. Washington*
                                              Craig A. Washington