# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

4:03CR211-11

No. 14-20324

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee

v.

TYRONE MAPLETOFT WILLIAMS,

　　Defendant - Appellant

FILED
JUL 10 2014
David J. Bradley, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of July 2, 2014, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Christina Gardner
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By /s/ Christina Gardner
Deputy
New Orleans, Louisiana　　0 2 JUL 2014