Tyrone Mapletoft Williams
Reg. No. 16048-179
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

September 22, 2020

United States Courts
Southern District of Texas
FILED

SEP 28 2020

David J. Bradley, Clerk of Court

Clerk of Courts
United States District Court
Southern District of Texas
Houston Division
515 Rusk St. / Room 5300
Houston, TX 77002-2600

4:03 cr 221

RE: <u>United States vs. Tyrone Mapletoft Williams</u>
<u>Sentencing Hearing Transcripts Request</u>

Dear Clerk:

    This is a request for the transcripts of my sentencing hearing. I understand that this could be a significant amount of paperwork and that there may be a cost associated with obtaining these transcripts. Please provide me any forms that will be necessary, a price quote for said transcripts, and any information you need from me in order to facilitate this request.

    I appreciate your help in advance and I look forward to your timely response.

Respectfully requested,

Date: 9-23-20

Tyrone M. Williams
Reg. No. 16048-179

cc: File Copy

Tyrone M. Williams
Reg. No. 16048-179
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

United States Courts
Southern District of Texas
FILED
SEP 28 2020
David J. Bradley, Clerk of Courts

TRENTON NJ 085
24 SEP 2020 PM 6 L

ATTN: Clerk of Courts
United States District Court
Southern District of Texas / Houston
515 Rusk Street / Room 5300
Houston, Texas 77002-2600

77002-260725